IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SANDRA KAY DORROUGH                                                          PLAINTIFF

vs.                                    Civil No. 2:17-cv-02077

NANCY A. BERRYHILL                                                           DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 9th day of April 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE